[No. 12213–4–I. Division One. July 15, 1985.]

EMILE J. MAJOR, *Appellant,* v. BRIDGET LYNN BURNS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–02572–1, Thomas G. McCrea, J., entered August 11, 1982. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.

[No. 12350–5–I. Division One. July 15, 1985.]

MARY GRAHAM MUNCEY, *Appellant,* v. WILLIAM E. MUNCEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–10905, Rosselle Pekelis, J., entered September 16, 1982. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Swanson and Webster, JJ.

[No. 12620–2–I. Division One. July 15, 1985.]

DARRELL E. HICKS, *Appellant,* v. ROBERT O. CHARRON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 13757, Howard A. Patrick, J., entered November 5, 1982. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.